Robert FORD, Janice Ford, Plaintiffs–Appellants,

v.

CHAMPION ENTERPRISES, INC., Champion Home Builders Co., Defendants–Appellees.

No. 06–16260
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

May 18, 2007.

C. Gibson Vance, Beasley, Allen, Crow, Methvin, Portis & Miles, PC, Montgomery, AL, for Plaintiffs–Appellants.

Gregory S. Ritchey, Ritchey & Ritchey, Birmingham, AL, for Defendants–Appellees.

Before TJOFLAT, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

We affirm the district court's order of October 30, 2006, denying plaintiffs' motion to compel arbitration. As the court properly found (for the reasons stated in its order), plaintiffs "failed to establish that a valid agreement to arbitrate exists with respect to either CHB or CEI." We also affirm the court's order of November 16, 2006, denying plaintiffs' motion to alter or amend the October 30 order.

**AFFIRMED.**